UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

DENNIS WADE, DENISE WADE AND MOTORISTS
MUTUAL INSURANCE COMPANY,

                                              Plaintiffs,        **STIPULATION OF**
                                                                               **DISCONTINUANCE**

-against-

                                                                                    Civil Action No.
TIFFIN MOTORHOMES, INC.,                                     05-cv-01458
                                                                                    (FJS/GJD)

                                              Defendant.

---

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for plaintiff Motorist Mutual Insurance Company and defendant Tiffin Motorhomes, Inc., that whereas none of these parties hereto is an infant or incompetent, the claims of plaintiff Motorist Mutual Insurance Company in this action be, and the same hereby are, discontinued, with prejudice, and without costs to either party as against the other. This stipulation may be filed with the Clerk of the Court without further notice to any party.

DATED: December 23, 2009                          DATED: December 23, 2009

COZEN O'CONNOR                                       ISEMAN, CUNNINGHAM, RIESTER &
                                                                            HYDE, LLP

By: _____                  By: _____
      James D. Schultz, Esq.                         Brian M. Culnan, Esq.
Attorneys for Plaintiff Motorist Mutual         Attorneys for Defendant Tiffin Motorhomes,
   Insurance Company                                     Inc.
Office and P.O. Address:                         Office and P.O. Address:
1900 Market Street                                   9 Thurlow Terrace
Philadelphia, PA  19103-3508                     Albany, New York  12203

IT IS SO ORDERED:

_____
Glenn T. Suddaby
U.S. District Judge
Dated: 1/6/10